**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number (*if known*) _____   Chapter __11__

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Restaurant 104 LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Hudson Grille Sandy Springs** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **44-2226127** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**183 12th Street, NE**<br>**Atlanta, GA 30309**<br>Number, Street, City, State & ZIP Code<br><br>**Fulton**<br>County | **Mailing address, if different from principal place of business**<br><br>**PO Box 20178**<br>**Atlanta, GA 30325**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**6317 Roswell Road, NE, Sandy Springs, GA 30328**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Restaurant 104 LLC**
_____     Case number (*if known*) _____
        Name

**7.** **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list.

| | | | | |
|---|---|---|---|---|
| Debtor | **Virginia-Highland Restaurant, LLC** | | Relationship | _____ |
| District | **Northern District of Georgia** | When | **10/13/2020** | Case number, if known **20-70718** |

Debtor    **Restaurant 104 LLC**                                         Case number (*if known*) _____
_____
Name

**11.  Why is the case filed in**        *Check all that apply:*
**this district?**
☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**    ☑ No
**have possession of any**
**real property or personal**    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?**    _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

⬛    **Statistical and administrative information**

**13.  Debtor's estimation of**     .    *Check one:*
**available funds**
☑  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

| **14.  Estimated number of creditors** | | | |
|---|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 | |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 | |
| ☐ 200-999 | | | |

| **15.  Estimated Assets** | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **16.  Estimated liabilities** | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Restaurant 104 LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

<span style="background:black">      </span> **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **10/13/2020**
                MM / DD / YYYY

**X** **/s/ Jeffrey R. Landau**                              **Jeffrey R. Landau**
Signature of authorized representative of debtor            Printed name

Title     **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ J. Robert Williamson**                    Date **10/13/2020**
Signature of attorney for debtor                          MM / DD / YYYY

**J. Robert Williamson 765214**
Printed name

**Scroggins & Williamson, P.C.**
Firm name

**4401 Northside Parkway**
**Suite 450**
**Atlanta, GA 30327**
Number, Street, City, State & ZIP Code

Contact phone   **404-893-3880**     Email address   **centralstation@swlawfirm.com**

**765214 GA**
Bar number and State

## WRITTEN CONSENT AND ACTION BY SOLE MANAGER OF
## RESTAURANT 104 LLC

The undersigned, being the sole manager (the "Manager") appointed under the Operating Agreement of Restaurant 104 LLC (the "Company"), does hereby consent to and adopt the following resolutions, which shall have the same force and effect as if taken by affirmative vote at a meeting of the managers of the Company, duly called and held for the purpose of acting on proposals to adopt such resolutions, and directs that this written consent be filed with the minutes of the proceedings of the Company:

RESOLVED, that in the judgment of the Manager, it is desirable and in the best interests of the Company, its creditors, equity holders, employees, and other interested parties, that the Company file a petition seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court");

RESOLVED, that Jeffrey Landau (together with any other person so designated by the Manager, an "Authorized Officer" and together, the "Authorized Officers") is hereby authorized and empowered on behalf of, and in the name of, the Company to cause a petition to be filed by the Company seeking relief under the provisions of Chapter 11 of the Bankruptcy Code, including, but not limited to, the filing of necessary schedules and information, appropriate motions, and all other actions deemed necessary by the Authorized Officers for the filing of a petition under Chapter 11 of the Bankruptcy Code by the Company (collectively, the "Chapter 11 Filing");

RESOLVED, that the firm of Scroggins & Williamson, P.C., with an office currently located in Atlanta, Georgia, be, and it hereby is, employed as general bankruptcy counsel for the Company under a general retainer in connection with the prosecution of the Company's case under Chapter 11 of the Bankruptcy Code, on such terms and conditions as shall be deemed appropriate by the Authorized Officers, and the Company is authorized to pay to Scroggins & Williamson, P.C. reasonable compensation for services rendered in connection with such engagement, subject to any required Bankruptcy Court approval;

RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Company additional financial advisors, accountants, and other professionals, to advise the Company in connection with the Case;

RESOLVED, that each of the Authorized Officers, or their designate be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all such other and further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate in connection with the Case, including, but not limited to, motions to obtain authority to use cash collateral and/or to incur debtor in possession financing; the assumption or rejection of executory contracts and unexpired leases; proposing one or more chapter 11 plans; the sale or other disposition of all or a portion of the Company's assets; entering into new contracts, leases or other agreements; the prosecution of claims held by the Company and the defense of claims asserted against the Company, including the continuation of any litigation pending at the time of the

Chapter 11 filing, and related appeals; the negotiation and consummation of settlements and compromises; and the performance of any and all further acts and deeds which the Authorized Officers, or their designate, deem necessary, proper and desirable in connection with the Case, with a view to the successful prosecution of such Case;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized prior to or after the Chapter 11 Filing by the Company, to enter into one or more credit facilities on such terms and in such amount as the Authorized Officers deem reasonable and necessary to facilitate and/or enable the Company's Chapter 11 Filing;

**RESOLVED**, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the transactions approved in any or all of the foregoing Resolutions, and all transactions related thereto, and each Authorized Officer, or their designate, be, and each of them hereby is, authorized, empowered and directed to make said payments as such Authorized Officer or designate may deem necessary, appropriate, advisable or desirable, such payment by any such officer to constitute conclusive evidence of such officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

[Signatures appear on next page.]

2

**IN WITNESS WHEREOF**, the undersigned has executed this consent as of the 13th day of October, 2020.

SOLE MANAGER OF THE COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| VIRGINIA-HIGHLAND RESTAURANT, | ) | Proposed |
| LLC and RESTAURANT 104 LLC, | ) | Jointly Administered Under |
| | ) | CASE NO. 20-_____ |
| Debtors. | ) | |

### STATEMENT OF JEFFREY LANDAU
### PURSUANT TO 11 U.S.C. § 1116(1)(B)

I, Jeffrey Landau, declare under penalty of perjury as follows:

1.      I am (a) the Manager of Restaurant 104 LLC ("**Restaurant 104**") and (b) the Manager of Metro Cafes Management, LLC, the sole Manager of Virginia-Highland Restaurant, LLC ("**VH Restaurant**," and together with Restaurant 104, the "**Debtors**"). Unless otherwise indicated, I have personal knowledge of the facts set forth herein.

2.      The Debtors operate the Hudson Grille restaurant located in Sandy Springs, Georgia (the "**Restaurant**").  Attached hereto as Exhibit A is the most recent Federal Income Tax Return filed by Restaurant 104.

3.      Other than the item attached hereto as Exhibit A, pursuant to 11 U.S.C. § 1116(1) no balance sheet, statement of operations, or cash flow statement has been prepared, and no Federal income tax return has been filed, for the Debtors.

This 13th day of October, 2020

_____
Jeffrey Landau

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§152 and 3571.

| Form **1065** | | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 | |
|---|---|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax year beginning _____, 2018,
ending _____, 20 _____

▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

**2018**

**A** Principal business activity
Restaurant/Bar

**B** Principal product or service
Food/Beverages

**C** Business code number
722511

Type
or
Print

Restaurant 104, LLC
PO Box 19894  1984 Howell Mill Road NW
Atlanta, GA 30327-9998

**D** Employer identification no.
47-2226127

**E** Date business started
12/01/2014

**F** Total assets (see instructions)
$ 120,598.

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

**H** Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year. ▶ 2

**J** Check if Schedules C and M-3 are attached. ▶ ☐

Caution: Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | 1a Gross receipts or sales | 1a | 2,651,475. | |
| | b Returns and allowances | 1b | 346,039. | |
| | c Balance. Subtract line 1b from line 1a | | 1c | 2,305,436. |
| | 2 Cost of goods sold (attach Form 1125-A) | | 2 | 902,176. |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 | 1,403,260. |
| | 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 | |
| | 5 Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 | |
| | 6 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 | |
| | 7 Other income (loss) (attach statement) See Statement 1 | | 7 | 92,180. |
| | 8 **Total income (loss).** Combine lines 3 through 7 | | 8 | 1,495,440. |
| **D E D U C T I O N S (SEE INSTRS FOR LIMITATIONS)** | 9 Salaries and wages (other than to partners) (less employment credits) | | 9 | 679,237. |
| | 10 Guaranteed payments to partners | | 10 | |
| | 11 Repairs and maintenance | | 11 | 42,641. |
| | 12 Bad debts | | 12 | |
| | 13 Rent | | 13 | 262,192. |
| | 14 Taxes and licenses | | 14 | 74,804. |
| | 15 Interest (see instructions) | | 15 | |
| | 16a Depreciation (if required, attach Form 4562) | 16a | 43,481. | |
| | b Less depreciation reported on Form 1125-A and elsewhere on return | 16b | | 16c | 43,481. |
| | 17 Depletion (**Do not deduct oil and gas depletion.**) | | 17 | |
| | 18 Retirement plans, etc. | | 18 | |
| | 19 Employee benefit programs | | 19 | 9,558. |
| | 20 Other deductions (att stmt) See Statement 2 | | 20 | 822,270. |
| | 21 **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | 21 | 1,934,183. |
| | 22 **Ordinary business income (loss).** Subtract line 21 from line 8 | | 22 | -438,743. |
| **TAX AND PAYMENT** | 23 Interest due under the look-back method — completed long-term contracts (attach Form 8697) | | 23 | |
| | 24 Interest due under the look-back method — income forecast method (attach Form 8866) | | 24 | |
| | 25 BBA AAR imputed underpayment (see instructions) | | 25 | |
| | 26 Other taxes (see instructions) | | 26 | |
| | 27 **Total balance due.** Add lines 23 through 26 | | 27 | |
| | 28 Payment (see instructions) | | 28 | |
| | 29 **Amount owed.** If line 28 is smaller than line 27, enter amount owed | | 29 | |
| | 30 **Overpayment.** If line 28 is larger than line 27, enter overpayment | | 30 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _____
Signature of partner or limited liability company member

▶ _____ Date

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| James P Bellew | | | | P01467279 |

Firm's name ▶ JAMES P. BELLEW, CPA, PFS, CFP

Firm's address ▶ 460 Shadowlawn Road, SE
Marietta, GA 30067-4355

Firm's EIN ▶ 58-1576314

Phone no. (770) 955-2880

BAA  For Paperwork Reduction Act Notice, see separate instructions.    PTPA0105L  09/10/18    Form 1065 (2018)

Form 1065 (2018) Restaurant 104, LLC        47-2226127      Page **2**

## Schedule B   Other Information

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | | | |
| | **a** [X] Domestic general partnership | **b** [ ] Domestic limited partnership | | | |
| | **c** [ ] Domestic limited liability company | **d** [ ] Domestic limited liability partnership | | | |
| | **e** [ ] Foreign partnership | **f** [ ] Other ► | | | |

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| | **a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership............................................................................ | | X |
| | **b** Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership................................................................... | X | |
| **3** | At the end of the tax year, did the partnership: | | |
| | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below.......................................................................................... | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below........................... | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| | **a** The partnership's total receipts for the tax year were less than $250,000. | | |
| | **b** The partnership's total assets at the end of the tax year were less than $1 million. | | |
| | **c** Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| | **d** The partnership is not filing and is not required to file Schedule M-3................................................... | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)?......................................... | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?............................................................................ | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction?...................................................................................... | | X |
| **8** | At any time during calendar year 2018, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country.  ► | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions........................................................... | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election?........................... | | X |
| | See instructions for details regarding a section 754 election. | | |
| | **b** Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions............................. | | X |

**BAA**        PTPA0112L 09/04/18        Form **1065** (2018)

Form 1065 (2018)   Restaurant 104, LLC                                    47-2226127                  Page **3**

## Schedule B   Other Information *(continued)*

| | Yes | No |
|---|---|---|
| **c** Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| **11** Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐ | | |
| **12** At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **13** If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ► | | |
| **14** Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership.  ► | | X |
| **15** Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ► | | |
| **16a** Did you make any payments in 2018 that would require you to file Form(s) 1099? See instructions . . . . . . . . . . . . . . . . . . . . . | X | |
| **b** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| **17** Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return. ► | | |
| **18** Enter the number of partners that are foreign governments under section 892.           ►0 | | |
| **19** During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **20** Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **21** Is the partnership a section 721(c) partnership, as defined in Treasury Regulations section 1.721(c)-1T(b)(14)? . . . . . . . . . . . . . . . | | X |
| **22** During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions. If "Yes," enter the total amount of the disallowed deductions.         ► $ | | |
| **23** Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **24** Does the partnership satisfy one of the following conditions and the partnership does not own a pass-through entity with current year, or prior year, carryover excess business interest expense? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| **a** The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year do not exceed $25 million, and the partnership is not a tax shelter, and | | |
| **b** The partnership only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7). | | |
| If "No," complete and attach Form 8990. | | |
| **25** Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3. ► _____ | | X |
| If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| Name of PR | ► Amy Landau | U.S. taxpayer identification number of PR | ► |
|---|---|---|---|
| U.S. address of PR | ► 1119 Logan Circle NW   Atlanta, GA 30318 | U.S. phone number of PR | ► |
| If the PR is an entity, name of the designated individual for the PR | ► | U.S. taxpayer identification number of the designated individual | ► |
| U.S. address of designated individual | ► | U.S. phone number of the designated individual | ► |

| | Yes | No |
|---|---|---|
| **26** Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| If "Yes," enter the amount from Form 8996, line 13. ► $ | | |

**BAA**                              PTPA0112L  12/21/18                              Form **1065** (2018)

Form 1065 (2018)   Restaurant 104, LLC                                    47-2226127              Page 4

## Schedule K — Partners' Distributive Share Items

| | | | Total amount |
|---|---|---|---|
| Income (Loss) | 1 Ordinary business income (loss) (page 1, line 22) | 1 | -438,743. |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss) ........................ 3a | | |
| | b Expenses from other rental activities (attach stmt) ....... 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Guaranteed payments | 4 | |
| | 5 Interest income | 5 | |
| | 6 Dividends and dividend equivalents: a Ordinary dividends | 6a | |
| | b Qualified dividends ....................... 6b | | |
| | c Dividend equivalents ..................... 6c | | |
| | 7 Royalties | 7 | |
| | 8 Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b Collectibles (28%) gain (loss) ........... 9b | | |
| | c Unrecaptured section 1250 gain (attach statement) ....... 9c | | |
| | 10 Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 Other income (loss) (see instructions)   Type ▶ | 11 | |
| Deductions | 12 Section 179 deduction (attach Form 4562) | 12 | |
| | 13a Contributions | 13a | |
| | b Investment interest expense | 13b | |
| | c Section 59(e)(2) expenditures: (1) Type ▶                (2) Amount ▶ | 13c(2) | |
| | d Other deductions (see instructions)   Type ▶ | 13d | |
| Self-Employment | 14a Net earnings (loss) from self-employment | 14a | -438,743. |
| | b Gross farming or fishing income | 14b | |
| | c Gross nonfarm income | 14c | |
| Credits | 15a Low-income housing credit (section 42(j)(5)) | 15a | |
| | b Low-income housing credit (other) | 15b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d Other rental real estate credits (see instructions)  Type ▶ | 15d | |
| | e Other rental credits (see instructions) .......... Type ▶ | 15e | |
| | f Other credits (see instructions) .......... Type ▶       See Statement 3 | 15f | 16,745. |
| Foreign Transactions | 16a Name of country or U.S. possession . . . ▶ | | |
| | b Gross income from all sources | 16b | |
| | c Gross income sourced at partner level | 16c | |
| | Foreign gross income sourced at partnership level | | |
| | d Section 951A category ▶        e Foreign branch category ▶ | 16e | |
| | f Passive category ▶        g General category ▶        h Other (att. stmt.) ▶ | 16h | |
| | Deductions allocated and apportioned at partner level | | |
| | i Interest expense ▶        j Other . | 16j | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | k Section 951A category ▶        l Foreign branch category ▶ | 16l | |
| | m Passive category ▶        n General category ▶        o Other (att. stmt.) ▶ | 16o | |
| | p Total foreign taxes (check one): ▶ Paid ☐   Accrued ☐ | 16p | |
| | q Reduction in taxes available for credit (attach statement) | 16q | |
| | r Other foreign tax information (attach statement) | | |
| Alternative Minimum Tax (AMT) Items | 17a Post-1986 depreciation adjustment | 17a | -2,880. |
| | b Adjusted gain or loss | 17b | |
| | c Depletion (other than oil and gas) | 17c | |
| | d Oil, gas, and geothermal properties – gross income | 17d | |
| | e Oil, gas, and geothermal properties – deductions | 17e | |
| | f Other AMT items (attach stmt) | 17f | |
| Other Information | 18a Tax-exempt interest income | 18a | |
| | b Other tax-exempt income | 18b | |
| | c Nondeductible expenses | 18c | 16,745. |
| | 19a Distributions of cash and marketable securities | 19a | |
| | b Distributions of other property | 19b | |
| | 20a Investment income | 20a | |
| | b Investment expenses | 20b | |
| | c Other items and amounts (attach stmt)       See Statement 4 | | |

BAA                                    PTPA0134L   09/04/18                          Form 1065 (2018)

Form 1065 (2018) Restaurant 104, LLC      47-2226127      Page 5

## Analysis of Net Income (Loss)

| | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| 1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p..... **1** | **-438,743.** | | | | | |
| 2 Analysis by partner type: | | | | | | |
| a General partners... | | -438,743. | | | | |
| b Limited partners... | | | | | | |

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash.............................. | | 50,610. | | 14,593. |
| 2 a Trade notes and accounts receivable........ | 11,120. | | 11,120. | |
| b Less allowance for bad debts............... | | 11,120. | | 11,120. |
| 3 Inventories........................... | | 41,986. | | 41,986. |
| 4 U.S. government obligations............... | | | | |
| 5 Tax-exempt securities................... | | | | |
| 6 Other current assets (attach stmt).... See St. 5 | | 7,350. | | 79,905. |
| 7 a Loans to partners (or persons related to partners)..... | | | | |
| b Mortgage and real estate loans........... | | | | |
| 8 Other investments (attach stmt)............ | | | | |
| 9 a Buildings and other depreciable assets..... | 656,540. | | 663,740. | |
| b Less accumulated depreciation........... | 222,920. | 433,620. | 266,401. | 397,339. |
| 10 a Depletable assets..................... | | | | |
| b Less accumulated depletion................ | | | | |
| 11 Land (net of any amortization)............. | | | | |
| 12 a Intangible assets (amortizable only)........ | 994,111. | | 994,111. | |
| b Less accumulated amortization........... | 198,822. | 795,289. | 265,096. | 729,015. |
| 13 Other assets (attach stmt).... See St. 6 | | 45,801. | | -1,153,360. |
| 14 Total assets......................... | | 1,385,776. | | 120,598. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable..................... | | 173,447. | | 142,041. |
| 16 Mortgages, notes, bonds payable in less than 1 year... | | | | |
| 17 Other current liabilities (attach stmt).. See St. 7 | | 492,263. | | 2,144,145. |
| 18 All nonrecourse loans................... | | | | |
| 19 a Loans from partners (or persons related to partners)... | | | | |
| b Mortgages, notes, bonds payable in 1 year or more.... | | | | |
| 20 Other liabilities (attach stmt)........ See St. 8 | | 1,677,631. | | 1. |
| 21 Partners' capital accounts............... | | -957,565. | | -2,165,589. |
| 22 Total liabilities and capital............. | | 1,385,776. | | 120,598. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books........... | -455,488. | | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | a Tax-exempt interest.... $ _____ | | |
| 3 Guaranteed payments (other than health insurance). | | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | | a Depreciation.... $ _____ | | |
| a Depreciation...... $ _____ | | | | | |
| b Travel and entertainment..... $ _____ | | | | | |
| Statement 9 _____ 16,745. | 16,745. | | 8 Add lines 6 and 7................... | | |
| | | | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | -438,743. |
| 5 Add lines 1 through 4............... | -438,743. | | | | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 Balance at beginning of year........... | -957,565. | | 6 Distributions: a Cash........... | | |
| 2 Capital contributed: a Cash......... | | | b Property....... | | |
| b Property....... | | | 7 Other decreases (itemize): | | |
| 3 Net income (loss) per books........... | -455,488. | | | | |
| 4 Other increases (itemize): | | | Statement 10 _____ | | 752,536. |
| | | | 8 Add lines 6 and 7................... | | 752,536. |
| 5 Add lines 1 through 4............... | -1,413,053. | | 9 Balance at end of year. Subtract line 8 from line 5.... | | -2,165,589. |

BAA      PTPA0134L 09/04/18      Form **1065** (2018)

Form **1125-A**
(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

► Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
► Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| Restaurant 104, LLC | 47-2226127 |

| | | |
|---|---|---:|
| 1 Inventory at beginning of year | **1** | 41,986. |
| 2 Purchases | **2** | 900,299. |
| 3 Cost of labor | **3** | |
| 4 Additional section 263A costs (attach schedule) | **4** | |
| 5 Other costs (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . See Statement 11 | **5** | 1,877. |
| 6 **Total.** Add lines 1 through 5 | **6** | 944,162. |
| 7 Inventory at end of year | **7** | 41,986. |
| 8 **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 902,176. |

9a Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation.) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

b Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . ► ☐

d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** | |

e If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . . . ☐ Yes ☐ No

f Was there any change in determining quantities, cost, or valuations between opening and
closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

BAA **For Paperwork Reduction Act Notice, see instructions.** Form **1125-A** (Rev. 11-2018)

CPCZ0401L  09/26/18

| SCHEDULE B-1 | **Information on Partners Owning 50% or** | |
|---|---|---|
| (Form 1065) | **More of the Partnership** | OMB No. 1545-0123 |
| (Rev. September 2017) | ► Attach to Form 1065. | |
| Department of the Treasury<br>Internal Revenue Service | ► Go to *www.irs.gov/Form1065* for the latest information. | |

| Name of partnership | Employer identification number (EIN) |
|---|---|
| Restaurant 104, LLC | 47-2226127 |

**Part I** **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| Amy Landau | | United States | 100.000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**          Schedule B-1 (Form 1065) (Rev. 9-2017)

PTPA1301L  08/09/17

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

☐ Final K-1     ☐ Amended K-1     **651118**     OMB No. 1545-0123

beginning [ / / 2018 ] ending [ / / ]

## Partner's Share of Income, Deductions, Credits, etc. ► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-2226127

**B** Partnership's name, address, city, state, and ZIP code

Restaurant 104, LLC
PO Box 19894  1984 Howell Mill Road NW
Atlanta, GA 30327-9998

**C** IRS Center where partnership filed return
Kansas City, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

Amy Landau
1119 Logan Circle NW
Atlanta, GA 30318

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?  Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 100 % | 100 % |
| Loss | 100 % | 100 % |
| Capital | 99 % | 99 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ -957,563. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ -1,208,024. |
| Withdrawals & distributions | $ |
| Ending capital account | $ -2,165,587. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -438,743. | 15 | Credits   N   16,745. |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items   A   -2,880. |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 18 | Tax-exempt income and nondeductible expenses   C   16,745. |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information   AA   679,237. |
| | | | AB   663,740. |
| | | | Z   -438,743. |
| 14 | Self-employment earnings (loss)   A   -438,743. | | |

*See attached statement for additional information.

*For IRS Use Only*

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.**     Schedule K-1 (Form 1065) 2018

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

☐ Final K-1    ☐ Amended K-1

651118

OMB No. 1545-0123

beginning [    /    / 2018 ]    ending [    /    / ]

## Partner's Share of Income, Deductions, Credits, etc.    ► See separate instructions.

### Part I    Information About the Partnership

**A** Partnership's employer identification number
47-2226127

**B** Partnership's name, address, city, state, and ZIP code

Restaurant 104, LLC
PO Box 19894  1984 Howell Mill Road NW
Atlanta, GA 30327-9998

**C** IRS Center where partnership filed return
Kansas City, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II    Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

James P Bellew
460 Shadowlawn Road SE
Marietta, GA 30318

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner?    Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | 1 % | 1 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ -2. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ |
| Withdrawals & distributions | $ |
| Ending capital account | $ -2. |

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If "Yes," attach statement (see instructions)

### Part III    Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 18 | Tax-exempt income and nondeductible expenses |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

For IRS Use Only

**BAA** For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2018

Partner 2

PTPA0312L  08/31/18

Form **4562**

Department of the Treasury
Internal Revenue Service    (99)

**Depreciation and Amortization**
**(Including Information on Listed Property)**
► Attach to your tax return.
► Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2018**

Attachment
Sequence No. **179**

Name(s) shown on return
Restaurant 104, LLC

Business or activity to which this form relates
Form 1065

Identifying number
47-2226127

**Part I** Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,000,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,500,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2017 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instrs. | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2019. Add lines 9 and 10, less line 12 ► | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | 4,200. |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III** MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2018 | 17 | 39,237. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

**Section B — Assets Placed in Service During 2018 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | 6/08/18 | 3,000. | 39 yrs | MM | S/L | 42. |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2018 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 30-year | | | 30 yrs | MM | S/L | |
| d 40-year | | | 40 yrs | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 43,481. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.    FDIZ0812L 07/26/18    Form **4562** (2018)

Form 4562 (2018)    Restaurant 104, LLC                                        47-2226127                Page 2

| Part V | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24 a Do you have evidence to support the business/investment use claimed? . . . . . . . . . . [ ] Yes [ ] No   24b If 'Yes,' is the evidence written? . . . . . [ ] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . . . . . . . . . . . . . . . . | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . | | | | | 28 | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | 29 | |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't include** commuting miles) . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year. . . . . . . | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven. . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32. . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 | Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . . | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions. . . . . . . . . . . . . . . . | | |
| | **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles. | | |

| Part VI | Amortization |

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2018 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2018 tax year. . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 43 | | 66,274. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report. . . . . . . . . . . . . . . | | | 44 | | 66,274. |

FDIZ0812L  07/26/18

Form **4562** (2018)

Form **8846**

Department of the Treasury
Internal Revenue Service

### Credit for Employer Social Security and Medicare Taxes Paid on Certain Employee Tips

► Attach to your tax return.
► Go to *www.irs.gov/Form8846* for the latest information.

OMB No. 1545-0123

**2018**

Attachment
Sequence No. **98**

Name(s) shown on return

Restaurant 104, LLC

Identifying number

47-2226127

**Note:** Claim this credit **only** for employer social security and Medicare taxes paid by a food or beverage establishment where tipping is customary for providing food or beverages. See the instructions for line 1.

| | | | |
|---|---|---|---|
| 1 | Tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year (see instructions) | 1 | 404,861. |
| 2 | Tips not subject to the credit provisions (see instructions) | 2 | 185,968. |
| 3 | Creditable tips. Subtract line 2 from line 1 | 3 | 218,893. |
| 4 | Multiply line 3 by 7.65% (0.0765). If you had any tipped employees whose wages (including tips) exceeded $128,400, see instructions and check here ► ☐ | 4 | 16,745. |
| 5 | Credit for employer social security and Medicare taxes paid on certain employee tips from partnerships and S corporations | 5 | |
| 6 | Add lines 4 and 5. Partnerships and S corporations, report this amount on Schedule K. All others, report this amount on Form 3800, Part III, line 4f | 6 | 16,745. |

**BAA   For Paperwork Reduction Act Notice, see instructions.**          FDIZ3101L  10/22/18                    Form **8846** (2018)

| 2018 | Federal Statements | Page 1 |
|---|---|---|
| | Restaurant 104, LLC | 47-2226127 |

**Statement 1**
**Form 1065, Line 7**
**Other Income (Loss)**

| | | |
|---|---|---:|
| Cover Charge Income | $ | 17,946. |
| Facility Fee Income | | 17,433. |
| Grease Sales | | 99. |
| Stored Value Card Sales | | 42,763. |
| Vendor Rebates | | 13,939. |
| Total | $ | 92,180. |

**Statement 2**
**Form 1065, Line 20**
**Other Deductions**

| | | |
|---|---|---:|
| Advertising | $ | 49,348. |
| Alarm Service | | 6,885. |
| Amortization | | 66,274. |
| Bank Charges | | 2,350. |
| Cable & Satellite TV | | 64,024. |
| Cleaning Supplies | | 13,500. |
| Consulting Services | | 4,683. |
| Contract Labor | | 2,191. |
| Credit Card Processing Fees | | 55,865. |
| Dues & Subscriptions | | 1,230. |
| Facility Management Fees | | 100,000. |
| Fintech Fees | | 605. |
| First Aid Supplies | | 853. |
| General Restaurant Supplies | | 6,758. |
| Grounds & Landscaping | | 114. |
| Ice | | 1,099. |
| Insurance | | 19,942. |
| Intellectual Property License Fees | | 50,000. |
| IT Support, WiFi and Internet | | 27,762. |
| Light Bulbs/Hardware Items | | 811. |
| Linen Service | | 40,306. |
| Live Music & Entertainment | | 16,092. |
| Local Transporetation Expense | | 919. |
| Menu Development | | 1,387. |
| Office Expense | | 7,567. |
| Operations Support Fees | | 119,316. |
| Pest Control | | 3,477. |
| Postage and Courier | | 21. |
| Printing | | 791. |
| Promotions - Events | | 2,634. |
| Promotions - General | | 1,252. |
| Recruiting Expense | | 3,901. |
| Referral Fees | | 418. |
| Security Guards | | 3,200. |
| Service and Maintenance Contracts | | 1,387. |
| Small Equipment | | 516. |
| Smallwares | | 32,307. |
| Training Expense | | 67. |
| Trash Removal | | 4,375. |
| Uniforms and Aprons | | 2,199. |
| Utilities | | 104,638. |
| Vehicle Fuel | | 1,206. |
| Total | $ | 822,270. |

| 2018 | **Federal Statements** | Page 2 |
|---|---|---|
| | Restaurant 104, LLC | 47-2226127 |

**Statement 3**
**Form 1065, Schedule K, Line 15f**
**Other Credits**

| | | |
|---|---|---|
| Form 8846 - Employer Social Security Credit | $ | 16,745. |
| Total | $ | 16,745. |

**Statement 4**
**Form 1065, Schedule K, Line 20c**
**Other Reportable Items**

| | | |
|---|---|---|
| Section 199A Qualified Business Income | $ | -438,743. |
| Section 199A W-2 Wages | | 679,237. |
| Section 199A Unadjusted Basis | | 663,740. |

**Statement 5**
**Form 1065, Schedule L, Line 6**
**Other Current Assets**

| | Beginning | Ending |
|---|---|---|
| Employee Receivables | $ 1,500. | $ 1,493. |
| Intransit Clearing Accounts | 0. | 71,729. |
| Prepaid Expense | 5,850. | 6,683. |
| Total | $ 7,350. | $ 79,905. |

**Statement 6**
**Form 1065, Schedule L, Line 13**
**Other Assets**

| | Beginning | Ending |
|---|---|---|
| Perimeter Steaks | $ 0. | $ 126,501. |
| Real Estate LLCs | 45,801. | 0. |
| Restaurant Group Management | 0. | -1,288,576. |
| Security Deposits | 0. | 8,715. |
| Total | $ 45,801. | $ -1,153,360. |

**Statement 7**
**Form 1065, Schedule L, Line 17**
**Other Current Liabilities**

| | Beginning | Ending |
|---|---|---|
| Accr'd Intellectual Property Rights Fees | $ 250,000. | $ 300,000. |
| Accrued 401K Payable | 617. | 91. |
| Accrued Ad Valorem Taxes | 2,600. | 2,600. |
| Accrued Facility Management Fees | 0. | 600,000. |
| Accrued Payroll | 26,308. | 29,353. |
| Accrued Unemployment Taxes | 743. | 3,325. |
| Intransit Clearing Accounts | 0. | -22,083. |
| Payroll Taxes Withheld and Accrued | 184,301. | 975,557. |

| 2018 | **Federal Statements** | Page 3 |
|---|---|---|
| | Restaurant 104, LLC | 47-2226127 |

**Statement 7 (continued)**
**Form 1065, Schedule L, Line 17**
**Other Current Liabilities**

| | Beginning | Ending |
|---|---|---|
| Rewards Network | $ 6,951. | $ 0. |
| Sales & Alcohol Tax Payable | 20,743. | 255,302. |
| Total | $ 492,263. | $ 2,144,145. |

**Statement 8**
**Form 1065, Schedule L, Line 20**
**Other Liabilities**

| | Beginning | Ending |
|---|---|---|
| Restaurant Group Management LLC | $ 1. | $ 0. |
| | 1,677,630. | 0. |
| Rounding | 0. | 1. |
| Total | $ 1,677,631. | $ 1. |

**Statement 9**
**Form 1065, Schedule M-1, Line 4**
**Expenses on Books Not on Schedule K**

| | |
|---|---|
| Payroll Taxes for Employer SS Tax on Tips Credit | $ 16,745. |
| Total | $ 16,745. |

**Statement 10**
**Form 1065, Schedule M-2, Line 7**
**Other Decreases**

| | |
|---|---|
| Prior Periods' Adjustments | $ 752,536. |
| Total | $ 752,536. |

**Statement 11**
**Form 1125-A, Line 5**
**Other Costs**

| | |
|---|---|
| Fuel Surcharge | $ 1,877. |
| Total | $ 1,877. |

| 2018 | Federal Supporting Detail | Page 1 |
|---|---|---|
| | Restaurant 104, LLC | 47-2226127 |

**Deductions**
**Insurance**

| | | |
|---|---|---|
| Workers Compensation Insurance................................................. | $ | 6,967. |
| General Liability Insurance.......................................................... | | 12,975. |
| Total | $ | 19,942. |

**Fill in this information to identify the case:**

Debtor name    __Restaurant 104 LLC__

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)     _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration     _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     __October 13, 2020__      X _/s/ Jeffrey R. Landau_
                                             Signature of individual signing on behalf of debtor

                                             **Jeffrey R. Landau**
                                             Printed name

                                             **Managing Member**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Restaurant 104 LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| SRPF A/Marshalls Plaza LLC c/o Stream Realty Partners 1180 W. Peachtree St, Ste 500 Atlanta, GA 30309 | | Lease | Contingent Unliquidated Disputed | | | $158,214.00 |
| Gordon Food Service Inc. PO Box 88029 Chicago, IL 60680 | | Trade Debt; PACA Claim | Contingent Unliquidated | $112,983.01 | Unknown | $112,983.01 |
| AmeriPride Services, Inc. PO Box 308 Bemidji, MN 56619-0308 | | Trade Debt | | | | $6,333.86 |
| City of Atlanta Dept of Watershed Management PO Box 105275 Atlanta, GA 30348-5275 | | Trade Debt | | | | $5,322.54 |
| Georgia Power 96 Annex Atlanta, GA 30396 | | Trade Debt | | | | $4,980.44 |
| DirecTV PO Box 105249 Atlanta, GA 30348-5249 | | Trade Debt | | | | $3,175.94 |
| Beverage Control Inc. 5215 S. Royal Atlanta Drive Tucker, GA 30084 | | Trade Debt | | | | $1,630.87 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Restaurant 104 LLC** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Edward Don & Company 84 Stemmers Lane Attn: Tasha Young Westampton, NJ 08060** | | **Trade Debt** | | | | **$1,546.94** |
| **Commercial Kitchen Installers 224 Brown Industrial Parkway Unit 107 Canton, GA 30114** | | **Trade Debt** | | | | **$1,059.93** |
| **Scana Energy PO Box 100157 Columbia, SC 29202-3157** | | **Trade Debt** | | | | **$1,035.47** |
| **Apex PO Box 888342 Atlanta, GA 30356** | | **Trade Debt** | | | | **$900.00** |
| **Premier Grease PO Box 3535 Alpharetta, GA 30023** | | **Trade Debt** | | | | **$630.67** |
| **HVAC Allies LLC 2479 Yolanda Trail Ellenwood, GA 30294** | | **Trade Debt** | | | | **$610.20** |
| **Ecolab Pest Elimination Div. 26252 Network Place Chicago, IL 60673-1262** | | **Trade Debt** | | | | **$581.52** |
| **Easy Ice PO Box 879 Marquette, MI 49855** | | **Trade Debt** | | | | **$525.82** |
| **Protection One Alarm Monitor 74 Southwoods Parkway Suite 700 Atlanta, GA 30354** | | **Trade Debt** | | | | **$515.92** |
| **Comcast PO Box 530098 Atlanta, GA 30353-0098** | | **Trade Debt** | | | | **$510.63** |
| **Fulton Co. Tax Commissioner 141 Pryor Street Atlanta, GA 30303** | | **Taxes** | | | | **$461.82** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                       Best Case Bankruptcy

Debtor **Restaurant 104 LLC**                                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advanced Disposal Services PO Box 743019 Atlanta, GA 30374-3019** | | **Trade Debt** | | | | **$433.29** |
| **Deborah A Deal dba Blade-Smith 3731 Northcrest Road, #1 Atlanta, GA 30340** | | **Trade Debt** | | | | **$347.34** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

**United States Bankruptcy Court**
**Northern District of Georgia**

In re  __Restaurant 104 LLC_____          Case No. _____

_____          Chapter  __11_____
                                                  Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __October 13, 2020_____          __/s/ Jeffrey R. Landau_____
                                                  **Jeffrey R. Landau**/**Managing Member**
                                                  Signer/Title

212 Digital Inc.
5555 W. Waters Avenue
Suite 610
Tampa, FL 33634


Advanced Disposal Services
PO Box 743019
Atlanta, GA 30374-3019


ALiveSound
1774 Indiana Avenue, NE
Atlanta, GA 30307


AmeriPride Services, Inc.
PO Box 308
Bemidji, MN 56619-0308


Apex
PO Box 888342
Atlanta, GA 30356


ASCAP
21678 Network Place
Chicago, IL 60673-1216


Atlanta Beverage
5000 Fulton Industrial Blvd.
Atlanta, GA 30336


Beverage Control Inc.
5215 S. Royal Atlanta Drive
Tucker, GA 30084


Chef Duds
300 Shawnee North Drive
Suite 350
Suwanee, GA 30024

City of Atlanta
Dept of Watershed Management
PO Box 105275
Atlanta, GA 30348-5275


City of Sandy Springs
Business Occupation/Excise Tax
7840 Roswell Road, Bldg. 500
Atlanta, GA 30350


Comcast
PO Box 530098
Atlanta, GA 30353-0098


Commercial Kitchen Installers
224 Brown Industrial Parkway
Unit 107
Canton, GA 30114


Deborah A Deal dba Blade-Smith
3731 Northcrest Road, #1
Atlanta, GA 30340


DirecTV
PO Box 105249
Atlanta, GA 30348-5249


Easy Ice
PO Box 879
Marquette, MI 49855


Ecolab Pest Elimination Div.
26252 Network Place
Chicago, IL 60673-1262


Edward Don & Company
84 Stemmers Lane
Attn: Tasha Young
Westampton, NJ 08060

Empire Distributors, Inc.
PO Box 43166
Atlanta, GA 30336


Fire Equipment Specialists Co
PO Box 440242
Kennesaw, GA 30144


Fulton Co. Dept. of Water Res.
Water Resources Operation Ctr.
11575 Maxwell Road
Alpharetta, GA 30009


Fulton Co. Tax Commissioner
141 Pryor Street
Atlanta, GA 30303


Gather Technologies, Inc.
300 Baker Avenue
Suite 205
Concord, MA 01742


General Wholesale
1595 Marietta Blvd., NW
Atlanta, GA 30318-3642


Georgia Crown
PO Box 43066
Atlanta, GA 30378


Georgia Department of Labor
148 Andrew Young Int'l Blvd.
Suite 826
Atlanta, GA 30303


Georgia Department of Revenue
1800 Century Boulevard, NE
Suite 9100
Atlanta, GA 30345

```
Georgia Power
96 Annex
Atlanta, GA 30396


Gordon Food Service Inc.
PO Box 88029
Chicago, IL 60680


Heck Inc.
PO Box 2716
Kennesaw, GA 30156


HVAC Allies LLC
2479 Yolanda Trail
Ellenwood, GA 30294


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
401 W. Peachtree St., NW
Stop 334-D
Atlanta, GA 30308


Joe Hand Promotions
407 E. Pennsylvania Blvd.
Feasterville Trevose, PA 19053


National Distributors
PO Box 44127
Atlanta, GA 30336


NCR Local - Atlanta
375 Franklin Gateway
Suite 400
Marietta, GA 30067
```

Office Depot
PO Box 633211
Cincinnati, OH 45263-3211


Premier Grease
PO Box 3535
Alpharetta, GA 30023


Protection One Alarm Monitor
74 Southwoods Parkway
Suite 700
Atlanta, GA 30354


Restaurant Group Management
c/o Amy Landau
PO Box 20178
Atlanta, GA 30325


Savannah Distributing Co.
2003 S. Bibb Drive
Tucker, GA 30084


Scana Energy
PO Box 100157
Columbia, SC 29202-3157


Shoes for Crews
PO Box 504634
Saint Louis, MO 63150-4634


Sidney Lee Welding Supply, Inc
PO Box 429
Hampton, GA 30228


SRPF A/Marshall's Plaza LLC
c/o CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046-4805

SRPF A/Marshalls Plaza LLC
c/o Stream Realty Partners
1180 W. Peachtree St, Ste 500
Atlanta, GA 30309


United Distributors
5500 United Drive
Smyrna, GA 30082