**Fill in this information to identify the case:**

Debtor name **Restaurant 104 LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **20-70720**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November  6, 2020__    X */s/ Jeffrey R. Landau*
Signature of individual signing on behalf of debtor

**Jeffrey R. Landau**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Restaurant 104 LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **20-70720**

☐ Check if this is an
     amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
     Copy line 88 from *Schedule A/B*.................................................................................................. $     **0.00**

   **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*............................................................................................... $     **180,644.14**

   **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................................. $     **180,644.14**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **1,205,726.16**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **54,825.07**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **188,402.67**

4.   Total liabilities ..........................................................................................................
   Lines 2 + 3a + 3b           $     **1,448,953.90**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Restaurant 104 LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **20-70720** |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$1,500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Ameris Bank** | **Checking** | **1543** | $6,691.36 |
| 3.2. | **Ameris Bank** | **Checking** | **1565** | $1,566.60 |
| 3.3. | **Wells Fargo** | **Checking** | **9896** | $59,002.63 |
| 3.4. | **Wells Fargo** | **Checking** | **9870** | $3,777.01 |
| 3.5. | **Wells Fargo** | **Checking** | **9888** | $57.30 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**     $72,594.90

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Debtor | **Restaurant 104 LLC** | Case number *(If known)* **20-70720** |
|---|---|---|
| | Name | |

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

     7.1.   **Georgia Power**                          **$12,955.00**

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**                                       **$12,955.00**
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

     11a. 90 days old or less:     **3,727.24**   -   **0.00**  = ....     **$3,727.24**
                          face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**                                       **$3,727.24**
       Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** Purchases | 12/31/19 | **$41,986.00** | | **$41,986.00** |
| 22.   **Other inventory or supplies** | | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

Debtor    **Restaurant 104 LLC**                                          Case number *(If known)*  **20-70720**
_____
Name

23.    **Total of Part 5.**                                                                                           | **$41,986.00** |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value          **30,728.20**    Valuation method    **Purchases**      Current Value        **30,728.20**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** <br> **See Attachment A-B 41** | **$14,732.00** | | **$14,732.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                                           | **$14,732.00** |

Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **Restaurant 104 LLC**                                                                Case number *(If known)*  **20-70720**
      Name

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|     **Office machinery, fixtures and equipment** | **$34,649.00** | | **$34,649.00** |

51. **Total of Part 8.**                                                                                                    | **$34,649.00** |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:     Real property**

54. Does the debtor own or lease any real property?

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |
|     **Goodwill** | **$662,741.00** | | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Restaurant 104 LLC** | Case number *(If known)* **20-70720** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | **$0.00** |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Restaurant 104 LLC**                                    Case number *(If known)*  **20-70720**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$72,594.90** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$12,955.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$3,727.24** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$41,986.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$14,732.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$34,649.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$180,644.14** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$180,644.14** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**2019 Book Depreciation Schedule**

Restaurant 104, LLC

12/31/19    Page 1
Client R-104    47-2226127
10/22/20    02:20PM

| No. | Description | Date Acquired | Date Sold | Cost/Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow | Prior 179/Bonus/Sp. Depr. | Prior Dec. Bal. Depr. | Salvage/Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Form 1065** | | | | | | | | | | | | | | | |
| | **Furniture and Fixtures** | | | | | | | | | | | | | | | |
| 1 | Carpeting Mohawk Indus | 1/01/15 | | 3,340 | | | | | | | 3,340 | 2,427 | 200DB MQ | 7 | .08750 | 292 |
| 2 | Install Carpets Altair | 1/01/15 | | 2,872 | | | | | | | 2,872 | 2,087 | 200DB MQ | 7 | .08750 | 251 |
| 3 | Lighting Equipment | 1/01/15 | | 315 | | | | | | | 315 | 229 | 200DB MQ | 7 | .08750 | 28 |
| 4 | Pictures Rose Displays | 1/01/15 | | 211 | | | | | | | 211 | 153 | 200DB MQ | 7 | .08750 | 18 |
| 5 | Lighting Design Lighting | 1/01/15 | | 57 | | | | | | | 57 | 41 | 200DB MQ | 7 | .08750 | 5 |
| 6 | Curtains Drapery | 1/01/15 | | 2,380 | | | | | | | 2,380 | 1,729 | 200DB MQ | 7 | .08750 | 208 |
| 7 | Chandeliers Design Light | 1/01/15 | | 400 | | | | | | | 400 | 291 | 200DB MQ | 7 | .08750 | 35 |
| 8 | 2 ea Seating 24x54 | 1/01/15 | | 163 | | | | | | | 163 | 119 | 200DB MQ | 7 | .08750 | 14 |
| 9 | Seating 42x42 | 1/01/15 | | 112 | | | | | | | 112 | 81 | 200DB MQ | 7 | .08750 | 10 |
| 10 | 30 ea Seating 30x30 | 1/01/15 | | 1,856 | | | | | | | 1,856 | 1,349 | 200DB MQ | 7 | .08750 | 162 |
| 11 | 30 ea Seating 30x48 | 1/01/15 | | 2,532 | | | | | | | 2,532 | 1,841 | 200DB MQ | 7 | .08750 | 222 |
| 12 | Freight In | 1/01/15 | | 788 | | | | | | | 788 | 573 | 200DB MQ | 7 | .08750 | 69 |
| 13 | Furniture & Fixtures | 1/01/15 | | 1,102 | | | | | | | 1,102 | 801 | 200DB MQ | 7 | .08750 | 96 |
| 14 | Restaurant Furniture | 1/01/15 | | 18,272 | | | | | | | 18,272 | 13,278 | 200DB MQ | 7 | .08750 | 1,599 |
| 15 | Furniture & Fixtures | 1/01/15 | | 42,586 | | | | | | | 42,586 | 30,948 | 200DB MQ | 7 | .08750 | 3,726 |
| 16 | Chrome Rope & Hooks Ed Do | 1/01/15 | | 572 | | | | | | | 572 | 417 | 200DB MQ | 7 | .08750 | 50 |
| 17 | Furniture Debts & Son | 2/05/15 | | 2,084 | | | | | | | 2,084 | 1,515 | 200DB MQ | 7 | .08750 | 182 |
| 18 | Furniture Woodward LLC | 1/14/15 | | 1,408 | | | | | | | 1,408 | 1,024 | 200DB MQ | 7 | .08750 | 123 |
| | **Total Furniture and Fixtures** | | | 81,050 | | | | | | | 81,050 | 58,903 | | | | 7,090 |
| | **Amortization** | | | | | | | | | | | | | | | |
| 138 | Purchased Goodwill | 1/01/15 | | 994,111 | | 0 | 0 | 0 | 0 | 0 | 994,111 | 255,096 | S/L | 15 | | 66,274 |
| | **Total Amortization** | | | 994,111 | | 0 | 0 | 0 | 0 | 0 | 994,111 | 255,096 | | | | 66,274 |

**12/31/19**

**2019 Book Depreciation Schedule**

**Page 2**

Client R-104 — Restaurant 104, LLC — 47-2226127

10/22/20 — 02:20PM

| No. | Description | Date Acquired | Date Sold | Cost/Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/Bonus/Sp. Depr. | Prior Doc. Bal. Depr. | Salvage/Basis Reductn. | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Improvements | | | | | | | | | | | | | | | |
| 19 | Air Conditioner Superior | 1/01/15 | | 2,747 | | | | | | | 2,747 | 278 | S/L | MM | 39 | .02564 | 70 |
| 20 | Improvements SE Restor | 1/01/15 | | 2,404 | | | | | | | 2,404 | 245 | S/L | MM | 39 | .02564 | 62 |
| 21 | Leasehold Improvements | 1/01/15 | | 17,327 | | | | | | | 17,327 | 1,778 | S/L | MM | 39 | .02564 | 449 |
| 22 | Leasehold Improvements | 1/01/15 | | 2,251 | | | | | | | 2,251 | 229 | S/L | MM | 39 | .02564 | 58 |
| 23 | Improvements-DM Group | 1/01/15 | | 2,472 | | | | | | | 2,472 | 250 | S/L | MM | 39 | .02564 | 63 |
| 24 | Improvements-HVAC | 1/01/15 | | 4,156 | | | | | | | 4,156 | 423 | S/L | MM | 39 | .02564 | 107 |
| 25 | Bo Amer - Architect | 1/01/15 | | 618 | | | | | | | 618 | 63 | S/L | MM | 39 | .02564 | 16 |
| 26 | Improvements-DM Group | 1/01/15 | | 19,157 | | | | | | | 19,157 | 1,944 | S/L | MM | 39 | .02564 | 491 |
| 27 | Improvements-Window Film | 1/01/15 | | 830 | | | | | | | 830 | 83 | S/L | MM | 39 | .02564 | 21 |
| 28 | Improvements | 1/01/15 | | 29,195 | | | | | | | 29,195 | 2,955 | S/L | MM | 39 | .02564 | 749 |
| 29 | Improvements | 1/01/15 | | 238,028 | | | | | | | 238,028 | 24,167 | S/L | MM | 39 | .02564 | 6,103 |
| 30 | Door Latch Comm Kitchen | 1/01/15 | | 259 | | | | | | | 259 | 27 | S/L | MM | 39 | .02564 | 7 |
| 31 | Duct Work Superior Aire | 1/01/15 | | 2,497 | | | | | | | 2,497 | 253 | S/L | MM | 39 | .02564 | 64 |
| 32 | Cable Line Cross Plumbing | 1/01/15 | | 965 | | | | | | | 965 | 98 | S/L | MM | 39 | .02564 | 25 |
| 33 | Improvements Superior Air | 1/01/15 | | 1,914 | | | | | | | 1,914 | 194 | S/L | MM | 39 | .02564 | 49 |
| 34 | Cooler Installation Sup A | 1/01/15 | | 949 | | | | | | | 949 | 95 | S/L | MM | 39 | .02564 | 24 |
| 35 | Insulation Comm Kitchen | 1/01/15 | | 454 | | | | | | | 454 | 47 | S/L | MM | 39 | .02564 | 12 |
| 36 | Tile K&M Floors | 1/01/15 | | 406 | | | | | | | 406 | 40 | S/L | MM | 39 | .02564 | 10 |
| 37 | Run Pipeline Cross Plumb | 1/01/15 | | 1,696 | | | | | | | 1,696 | 170 | S/L | MM | 39 | .02564 | 43 |
| 38 | New Door Tabarco Ddoor | 1/01/15 | | 666 | | | | | | | 666 | 67 | S/L | MM | 39 | .02564 | 17 |
| 39 | Improvements Med.and Cont | 1/01/15 | | 679 | | | | | | | 679 | 68 | S/L | MM | 39 | .02564 | 17 |
| 40 | Improvements Premier Grea | 1/01/15 | | 501 | | | | | | | 501 | 51 | S/L | MM | 39 | .02564 | 13 |
| 41 | Flooring K&M Floors Inc | 1/01/15 | | 312 | | | | | | | 312 | 32 | S/L | MM | 39 | .02564 | 8 |
| 42 | Copper Pipes Comm Kitchen | 1/01/15 | | 452 | | | | | | | 452 | 47 | S/L | MM | 39 | .02564 | 12 |
| 43 | Superior Aire | 1/01/15 | | 583 | | | | | | | 583 | 59 | S/L | MM | 39 | .02564 | 15 |

**2019 Book Depreciation Schedule**

**Restaurant 104, LLC**

Page 3

12/31/19  Client R-104  47-2226127

10/2/20  02:20 PM

| No. | Description | Date Acquired | Date Sold | Cost/Basis | Bus. Pct | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp. Depr. | Prior Dec. Bal. Depr. | Salvage /Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | Atlantic Tile | 2/24/15 | | 3,000 | | | | | | | 3,000 | 238 | S/L MM | 39 | .02564 | 77 |
| 45 | The Lighting Lady | 3/16/15 | | 4,499 | | | | | | | 4,499 | 436 | S/L MM | 39 | .02564 | 115 |
| 46 | aLiveSound | 9/27/15 | | 796 | | | | | | | 796 | 66 | S/L MM | 39 | .02564 | 20 |
| 47 | Cross Plumbing | 10/20/15 | | 1,959 | | | | | | | 1,959 | 161 | S/L MM | 39 | .02564 | 50 |
| 48 | Superior Aire | 11/02/15 | | 5,800 | | | | | | | 5,800 | 466 | S/L MM | 39 | .02564 | 149 |
| 139 | aLiveSound H8503031 6 | 2/25/16 | | 619 | | | | | | | 619 | 103 | S/L HY | 15 | .06670 | 41 |
| 140 | The Lighting Lady 34264 | 3/24/16 | | 2,281 | | | | | | | 2,281 | 380 | S/L HY | 15 | .06670 | 152 |
| 141 | Hack Inc 11532 | 4/07/16 | | 1,705 | | | | | | | 1,705 | 285 | S/L HY | 15 | .06670 | 114 |
| 142 | Comm Kitchen 0922184 | 5/13/16 | | 1,890 | | | | | | | 1,890 | 315 | S/L HY | 15 | .06670 | 126 |
| 143 | Cross Plumbing | 6/10/16 | | 2,430 | | | | | | | 2,430 | 405 | S/L HY | 15 | .06670 | 162 |
| 147 | Comm Kitchen 0922781 | 7/14/16 | | 1,033 | | | | | | | 1,033 | 172 | S/L HY | 15 | .06670 | 69 |
| 148 | Comm Kitchen 0923116 | 8/10/16 | | 1,179 | | | | | | | 1,179 | 197 | S/L HY | 15 | .06670 | 79 |
| 149 | Superior Aire 7017 | 9/07/16 | | 2,500 | | | | | | | 2,500 | 417 | S/L HY | 15 | .06670 | 167 |
| 152 | Superior Aire 1225 | 3/16/17 | | 3,763 | | | | | | | 3,763 | 545 | 150DB HY | 15 | .08550 | 322 |
| 153 | Comm Kitchen 0923306 | 3/21/17 | | 977 | | | | | | | 977 | 142 | 150DB HY | 15 | .08550 | 84 |
| 154 | Hack Inc 12174 | 6/05/17 | | 1,110 | | | | | | | 1,110 | 161 | 150DB HY | 15 | .08550 | 95 |
| 155 | Kamin & Adssoc 74571 | 7/10/17 | | 1,756 | | | | | | | 1,756 | 255 | 150DB HY | 15 | .08550 | 150 |
| 156 | The Lighting Lady 36380 | 7/19/17 | | 88 | | | | | | | 88 | 3 | S/L MM | 50 | .02000 | 2 |
| 165 | Atlantic Tile Flooring | 6/08/18 | | 3,000 | | | | | | | 3,000 | 42 | S/L MM | 39 | .02564 | 77 |
| | **Total Improvements** | | | 372,103 | | 0 | 0 | 0 | 0 | 0 | 372,103 | 38,523 | | | | 10,556 |
| | **Machinery and Equipment** | | | | | | | | | | | | | | | |
| 49 | Plates, Smallwares Ed Don | 1/01/15 | | 103 | | | | | | | 103 | 75 | 200DB MQ | 7 | .08750 | 9 |
| 50 | Smallwares, TriMark | 1/01/15 | | 357 | | | | | | | 357 | 260 | 200DB MQ | 7 | .08750 | 31 |
| 51 | China/Glassware/Silver | 1/01/15 | | 3,601 | | | | | | | 3,601 | 2,617 | 200DB MQ | 7 | .08750 | 315 |
| 52 | Smallwares | 1/01/15 | | 5,212 | | | | | | | 5,212 | 3,788 | 200DB MQ | 7 | .08750 | 456 |

12/31/19

Client R-104

**2019 Book Depreciation Schedule**

Restaurant 104, LLC

Page 4

47-2226127

10/22/20

02:20PM

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp. Depr. | Prior Dec. Bal. Depr. | Salvage /Basis Reduchn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | Smallwares TriMark South | 1/01/15 | | 605 | | | | | | | 605 | 440 | 200DB MQ | 7 | .08750 | 53 |
| 54 | New Computers networksys | 1/01/15 | | 476 | | | | | | | 476 | 346 | 200DB MQ | 7 | .08750 | 42 |
| 55 | Restaurant Equipment | 1/01/15 | | 70 | | | | | | | 70 | 52 | 200DB MQ | 7 | .08750 | 6 |
| 56 | Walk in Cooler Superior A | 1/01/15 | | 11,547 | | | | | | | 11,547 | 8,392 | 200DB MQ | 7 | .08750 | 1,010 |
| 57 | Audio Visual Eq NA Cable | 1/01/15 | | 1,649 | | | | | | | 1,649 | 1,197 | 200DB MQ | 7 | .08750 | 144 |
| 58 | Audio Visual Inst aLiveS | 1/01/15 | | 5,685 | | | | | | | 5,685 | 4,130 | 200DB MQ | 7 | .08750 | 497 |
| 59 | Hot Dog Steamer Ed Don & | 1/01/15 | | 239 | | | | | | | 239 | 174 | 200DB MQ | 7 | .08750 | 21 |
| 60 | Fire Protection Equip | 1/01/15 | | 3,213 | | | | | | | 3,213 | 2,335 | 200DB MQ | 7 | .08750 | 281 |
| 61 | Audio/Visual Install | 1/01/15 | | 7,066 | | | | | | | 7,066 | 5,135 | 200DB MQ | 7 | .08750 | 618 |
| 62 | POS Equip Retail Con Solu | 1/01/15 | | 6,279 | | | | | | | 6,279 | 4,563 | 200DB MQ | 7 | .08750 | 549 |
| 63 | Computers networksystems | 1/01/15 | | 2,283 | | | | | | | 2,283 | 1,660 | 200DB MQ | 7 | .08750 | 200 |
| 64 | Billiard Tables Global | 1/01/15 | | 3,729 | | | | | | | 3,729 | 2,710 | 200DB MQ | 7 | .08750 | 326 |
| 65 | Wiring for Mach MacLand | 1/01/15 | | 361 | | | | | | | 361 | 261 | 200DB MQ | 7 | .08750 | 32 |
| 66 | Grills Install Superior | 1/01/15 | | 259 | | | | | | | 259 | 218 | 200DB MQ | 7 | .08750 | 25 |
| 67 | Waste Receptacle Ed Don | 1/01/15 | | 613 | | | | | | | 613 | 445 | 200DB MQ | 7 | .08750 | 54 |
| 68 | Computer Equipment | 1/01/15 | | 210 | | | | | | | 210 | 153 | 200DB MQ | 7 | .08750 | 18 |
| 69 | Audio/Visual Eq Compass | 1/01/15 | | 5,774 | | | | | | | 5,774 | 4,196 | 200DB MQ | 7 | .08750 | 505 |
| 70 | Thermostats Ed Don & Co | 1/01/15 | | 33 | | | | | | | 33 | 24 | 200DB MQ | 7 | .08750 | 3 |
| 71 | Phone POS Installation | 1/01/15 | | 1,277 | | | | | | | 1,277 | 929 | 200DB MQ | 7 | .08750 | 112 |
| 72 | Lighting Equipment | 1/01/15 | | 941 | | | | | | | 941 | 684 | 200DB MQ | 7 | .08750 | 82 |
| 73 | POS Install RCS | 1/01/15 | | 847 | | | | | | | 847 | 617 | 200DB MQ | 7 | .08750 | 74 |
| 74 | Alarm Eq Stanley Secur | 1/01/15 | | 1,719 | | | | | | | 1,719 | 1,249 | 200DB MQ | 7 | .08750 | 150 |
| 75 | Fire Extinguishers | 1/01/15 | | 1,615 | | | | | | | 1,615 | 1,174 | 200DB MQ | 7 | .08750 | 141 |
| 76 | Gaming Equip Greater Sout | 1/01/15 | | 4,605 | | | | | | | 4,605 | 3,346 | 200DB MQ | 7 | .08750 | 403 |
| 77 | Install Grills Superior A | 1/01/15 | | 784 | | | | | | | 784 | 570 | 200DB MQ | 7 | .08750 | 69 |
| 78 | Smoke Detectors | 1/01/15 | | 663 | | | | | | | 663 | 482 | 200DB MQ | 7 | .08750 | 58 |
| 79 | Smoke Detectors | 1/01/15 | | 1,118 | | | | | | | 1,118 | 813 | 200DB MQ | 7 | .08750 | 98 |

**12/31/19**

**Client R-104**

10/22/20

**2019 Book Depreciation Schedule**

**Resturant 104, LLC**

**Page 5**

47-2226127

02:20PM

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp. Depr. | Prior Dec. Bal. Depr. | Salvage /Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | Audio Receiver SEVA Enter | 1/01/15 | | 194 | | | | | | | 194 | 133 | 200DB MQ | 7 | .08750 | 16 |
| 81 | POS Installation | 1/01/15 | | 468 | | | | | | | 468 | 340 | 200DB MQ | 7 | .08750 | 41 |
| 82 | Audio/Visual Eq SEVA | 1/01/15 | | 725 | | | | | | | 725 | 526 | 200DB MQ | 7 | .08750 | 63 |
| 83 | Freezer Reach In | 1/01/15 | | 1,483 | | | | | | | 1,483 | 1,078 | 200DB MQ | 7 | .08750 | 130 |
| 84 | Refrigerator Reach In | 1/01/15 | | 1,123 | | | | | | | 1,123 | 817 | 200DB MQ | 7 | .08750 | 98 |
| 85 | Glass/Plate Chiller Refri | 1/01/15 | | 855 | | | | | | | 855 | 621 | 200DB MQ | 7 | .08750 | 75 |
| 86 | 2 ea Work Table 24 in | 1/01/15 | | 265 | | | | | | | 265 | 193 | 200DB MQ | 7 | .08750 | 23 |
| 87 | Proofer Holding Cabinet | 1/01/15 | | 1,215 | | | | | | | 1,215 | 883 | 200DB MQ | 7 | .08750 | 106 |
| 88 | Griddle Gas Range | 1/01/15 | | 2,938 | | | | | | | 2,938 | 2,150 | 200DB MQ | 7 | .08750 | 259 |
| 89 | Griddle Counter Unit Gas | 1/01/15 | | 1,269 | | | | | | | 1,269 | 922 | 200DB MQ | 7 | .08750 | 111 |
| 90 | Hotplate Counter Unit | 1/01/15 | | 694 | | | | | | | 694 | 505 | 200DB MQ | 7 | .08750 | 61 |
| 91 | Buffet, Hot Food Electric | 1/01/15 | | 711 | | | | | | | 711 | 517 | 200DB MQ | 7 | .08750 | 62 |
| 92 | 4 ea Fryer Floor Mdl | 1/01/15 | | 4,689 | | | | | | | 4,689 | 3,408 | 200DB MQ | 7 | .08750 | 410 |
| 93 | Refrig Counter Sandwich T | 1/01/15 | | 924 | | | | | | | 924 | 671 | 200DB MQ | 7 | .08750 | 81 |
| 94 | 2 ea Undctar Ice Bin | 1/01/15 | | 3,055 | | | | | | | 3,055 | 2,227 | 200DB MQ | 7 | .08750 | 268 |
| 95 | Backbar Cabinet Refrig | 1/01/15 | | 1,832 | | | | | | | 1,832 | 1,331 | 200DB MQ | 7 | .08750 | 160 |
| 96 | Backbar Cabinet Refrig | 1/01/15 | | 1,832 | | | | | | | 1,832 | 1,331 | 200DB MQ | 7 | .08750 | 160 |
| 97 | Beer Trough 25 ft | 1/01/15 | | 1,735 | | | | | | | 1,735 | 1,262 | 200DB MQ | 7 | .08750 | 152 |
| 98 | Beer Trough 8 ft | 1/01/15 | | 925 | | | | | | | 925 | 672 | 200DB MQ | 7 | .08750 | 81 |
| 99 | Beer Trough 5 ft 5 in | 1/01/15 | | 636 | | | | | | | 636 | 462 | 200DB MQ | 7 | .08750 | 56 |
| 100 | Beer Tap System | 1/01/15 | | 9,643 | | | | | | | 9,643 | 7,007 | 200DB MQ | 7 | .08750 | 844 |
| 101 | Install Beer Troughs | 1/01/15 | | 2,702 | | | | | | | 2,702 | 1,964 | 200DB MQ | 7 | .08750 | 236 |
| 102 | Install Equip | 1/01/15 | | 433 | | | | | | | 433 | 314 | 200DB MQ | 7 | .08750 | 38 |
| 103 | Keg Racks | 1/01/15 | | 5,494 | | | | | | | 5,494 | 3,992 | 200DB MQ | 7 | .08750 | 481 |
| 104 | Install Keg Racks | 1/01/15 | | 700 | | | | | | | 700 | 509 | 200DB MQ | 7 | .08750 | 61 |
| 105 | Freight in Keg Racks | 1/01/15 | | 457 | | | | | | | 457 | 332 | 200DB MQ | 7 | .08750 | 40 |
| 106 | Alarm System Remaining | 1/01/15 | | 532 | | | | | | | 532 | 386 | 200DB MQ | 7 | .08750 | 47 |

**12/31/19**
Client R-104

10/22/20

**2019 Book Depreciation Schedule**

Restaurant 104, LLC

47-2226127

Page 6

02:20PM

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp. Depr. | Prior Dec. Bal. Depr. | Salvage /Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 107 | Restaurant Equipment | 1/01/15 | | 19,261 | | | | | | | 19,261 | 13,997 | 200DB MQ | 7 | .08750 | 1,885 |
| 108 | New Cooler All Fixture | 1/01/15 | | 843 | | | | | | | 843 | 613 | 200DB MQ | 7 | .08750 | 74 |
| 109 | New Compressor Comm Kit | 1/01/15 | | 1,231 | | | | | | | 1,231 | 895 | 200DB MQ | 7 | .08750 | 108 |
| 110 | Wheels tilt Truck Ed Don | 1/01/15 | | 194 | | | | | | | 194 | 142 | 200DB MQ | 7 | .08750 | 17 |
| 111 | New Computer networkeysite | 1/01/15 | | 438 | | | | | | | 438 | 319 | 200DB MQ | 7 | .08750 | 38 |
| 112 | New Compressor Sup Aire | 1/01/15 | | 836 | | | | | | | 836 | 607 | 200DB MQ | 7 | .08750 | 73 |
| 113 | Wheels Tilt Truck Ed Don | 1/01/15 | | 270 | | | | | | | 270 | 197 | 200DB MQ | 7 | .08750 | 24 |
| 114 | Castera Tilt Truck Ed Don | 1/01/15 | | 163 | | | | | | | 163 | 119 | 200DB MQ | 7 | .08750 | 14 |
| 115 | Heeting Cabinet Peach Tra | 1/01/15 | | 1,040 | | | | | | | 1,040 | 756 | 200DB MQ | 7 | .08750 | 91 |
| 116 | Beverage Cooler Peach Tra | 1/01/15 | | 937 | | | | | | | 937 | 680 | 200DB MQ | 7 | .08750 | 82 |
| 117 | Gas Fryer/Tank Peach Trad | 1/01/15 | | 1,327 | | | | | | | 1,327 | 964 | 200DB MQ | 7 | .08750 | 116 |
| 118 | TV Converter aLiveSound | 1/01/15 | | 443 | | | | | | | 443 | 322 | 200DB MQ | 7 | .08750 | 39 |
| 119 | Projector TV Instl aLiveS | 1/01/15 | | 1,099 | | | | | | | 1,099 | 799 | 200DB MQ | 7 | .08750 | 96 |
| 120 | Install New Fryer Sup Air | 1/01/15 | | 347 | | | | | | | 347 | 252 | 200DB MQ | 7 | .08750 | 30 |
| 121 | New TV aLiveSound | 1/01/15 | | 416 | | | | | | | 416 | 302 | 200DB MQ | 7 | .08750 | 36 |
| 122 | New Computer neworksys | 1/01/15 | | 424 | | | | | | | 424 | 308 | 200DB MQ | 7 | .08750 | 37 |
| 123 | Heat Lamp Ed Don & Sons | 1/01/15 | | 189 | | | | | | | 189 | 122 | 200DB MQ | 7 | .08750 | 15 |
| 124 | Aloha Software Retail Dat | 1/01/15 | | 1,459 | | | | | | | 1,459 | 1,060 | 200DB MQ | 7 | .08750 | 128 |
| 125 | Edward Don 16229719 | 1/01/15 | | 328 | | | | | | | 328 | 238 | 200DB MQ | 7 | .08750 | 29 |
| 126 | Edward Don 16242598 | 1/01/15 | | 235 | | | | | | | 235 | 171 | 200DB MQ | 7 | .08750 | 21 |
| 127 | Superior Aire 4065 | 1/01/15 | | 489 | | | | | | | 489 | 355 | 200DB MQ | 7 | .08750 | 43 |
| 128 | networksystems 8158 | 1/01/15 | | 316 | | | | | | | 316 | 230 | 200DB MQ | 7 | .08750 | 28 |
| 129 | Peach Trader 236027 | 1/01/15 | | 2,552 | | | | | | | 2,552 | 1,855 | 200DB MQ | 7 | .08750 | 223 |
| 130 | Edward Don 1/87337 | 1/01/15 | | 355 | | | | | | | 355 | 258 | 200DB MQ | 7 | .08750 | 31 |
| 131 | networksystems.com | 6/29/15 | | 398 | | | | | | | 398 | 279 | 200DB MQ | 7 | .08750 | 35 |
| 132 | aLiveSound | 11/30/15 | | 1,707 | | | | | | | 1,707 | 1,107 | 200DB MQ | 7 | .10040 | 171 |
| 133 | Northam Tool & Equip | 1/01/15 | | -155 | | | | | | | 0 | 0 | 200DB MQ | 7 | | 0 |

**12/31/19**
Client R-104
10/22/20

**2019 Book Depreciation Schedule**
Restaurant 104, LLC

Page 7
47-2226127
02:20PM

| No. | Description | Date Acquired | Date Sold | Cost/Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/Bonus/Sp. Depr. | Prior Dec. Bal. Depr. | Salvage/Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 134 | networksystems.com | 1/01/15 | | -862 | | | | | | | 0 | 0 | 200DB MQ | 7 | | 0 |
| 135 | Beer Trough 5 ft | 1/01/15 | | 578 | | | | | | | 578 | 420 | 200DB MQ | 7 | .08750 | 51 |
| 144 | aLiveSound | 2/10/16 | | 1,944 | | | | | | | 1,944 | 1,094 | 200DB HY | 7 | .12490 | 243 |
| 145 | PEATRA 313454 Fat Vat Sys | 6/15/16 | | 645 | | | | | | | 645 | 363 | 200DB HY | 7 | .12490 | 81 |
| 146 | PEATRA 313482 Wt Blender | 6/15/16 | | 551 | | | | | | | 551 | 310 | 200DB HY | 7 | .12490 | 69 |
| 150 | aLiveSound H6S000116 | 9/01/16 | | 1,576 | | | | | | | 1,576 | 943 | 200DB HY | 7 | .12490 | 209 |
| 151 | Peach Trailer 321306 | 9/02/16 | | 1,685 | | | | | | | 1,685 | 949 | 200DB HY | 7 | .12490 | 210 |
| 157 | 13 POS Terminals 118212 | 11/04/17 | | 17,782 | | | | | | | 17,782 | 9,246 | 200DB HY | 5 | .19200 | 3,414 |
| 158 | aLiveSound 010217 | 1/01/17 | | 2,209 | | | | | | | 2,209 | 857 | 200DB HY | 7 | .17490 | 386 |
| 159 | Equip Superior Aire 7383 | 1/19/17 | | 2,000 | | | | | | | 2,000 | 776 | 200DB HY | 7 | .17490 | 350 |
| 160 | Equip Peach Trailer 335040 | 2/03/17 | | 7,160 | | | | | | | 7,160 | 2,776 | 200DB HY | 7 | .17490 | 1,252 |
| 161 | aLiveSound 030717 | 2/22/17 | | 7,267 | | | | | | | 7,267 | 2,818 | 200DB HY | 7 | .17490 | 1,271 |
| 162 | Equip Peach Trailer 350452 | 4/21/17 | | 344 | | | | | | | 344 | 133 | 200DB HY | 7 | .17490 | 60 |
| 163 | Equip Peach Trailer 364515 | 5/23/17 | | 4,817 | | | | | | | 4,817 | 1,868 | 200DB HY | 7 | .17490 | 842 |
| 164 | Equip Peach Trailer 356328 | 6/12/17 | | 738 | | | | | | | 738 | 286 | 200DB HY | 7 | .17490 | 129 |
| 166 | Superior Aire 8883 | 5/30/18 | | 4,200 | | | | | | | 4,200 | 600 | 200DB HY | 7 | .24490 | 1,029 |
| | Total Machinery and Equipment | | | 210,378 | | 0 | 0 | 0 | 0 | 0 | 211,395 | 137,974 | | | | 23,423 |
| | **Miscellaneous** | | | | | | | | | | | | | | | |
| 136 | Solar Velocity Software | 1/01/15 | | 201 | | | | | | | 201 | 155 | S/L MQ | 5 | .20000 | 40 |
| 137 | Software Capital One | 1/01/15 | | 8 | | | | | | | 8 | 7 | S/L MQ | 5 | .20000 | 1 |
| | Total Miscellaneous | | | 209 | | 0 | 0 | 0 | 0 | 0 | 209 | 162 | | | | 41 |
| | Total Depreciation | | | 663,740 | | 0 | 0 | 0 | 0 | 0 | 664,757 | 235,562 | | | | 41,110 |

12/31/19

Client R-104

10/22/20

**2019 Book Depreciation Schedule**

**Restaurant 104, LLC**

Page 8

47-2226127

02:20PM

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp. Depr. | Prior Dec. Bal. /Depr. | Salvage /Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|-----|-------------|---------------|-----------|-------------|-----------|---------------|----------------------|-----------------------------|------------------------|------------------------|-------------|-------------|--------|------|------|----------------|
| | Grand Total Amortization | | | 594,111 | | 0 | 0 | 0 | 0 | 0 | 594,111 | 265,096 | | | | 66,274 |
| | Grand Total Depreciation | | | 653,740 | | 0 | 0 | 0 | 0 | 0 | 664,757 | 235,562 | | | | 41,110 |

**Fill in this information to identify the case:**

Debtor name __**Restaurant 104 LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __**20-70720**__

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Dept of Treasury - IRS** | Describe debtor's property that is subject to a lien | $1,205,726.16 | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**401 W. Peachtree Street, NW**
**M/S 334-D**
**Atlanta, GA 30308-3539**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All property**

**Describe the lien**
**Federal tax lien recorded 5/16/2019**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$1,205,726.16

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dept of Treasury - IRS**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | Line _2.1_ | |

**Fill in this information to identify the case:**

Debtor name   **Restaurant 104 LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **20-70720**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**City of Sandy Springs**<br>**Business Occupation/Excise Tax**<br>**7840 Roswell Road, Bldg. 500**<br>**Atlanta, GA 30350** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Fulton Co. Tax Commissioner**<br>**141 Pryor Street**<br>**Atlanta, GA 30303** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$461.82** | **$461.82** |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      39305      Best Case Bankruptcy

| Debtor | **Restaurant 104 LLC** | Case number *(if known)* | **20-70720** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$357.20** | **$0.00** |
|---|---|---|---|---|

**Georgia Department of Labor**
**148 Andrew Young Int'l Blvd.**
**Suite 826**
**Atlanta, GA 30303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$54,006.05** | **$54,006.05** |
|---|---|---|---|---|

**Georgia Department of Revenue**
**1800 Century Boulevard, NE**
**Suite 9100**
**Atlanta, GA 30345**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**401 W. Peachtree St., NW**
**Stop 334-D**
**Atlanta, GA 30308**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

---

| Debtor | Restaurant 104 LLC | Case number (if known) | 20-70720 |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**212 Digital Inc.**
5555 W. Waters Avenue
Suite 610
Tampa, FL 33634

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $433.29 |
|---|---|---|---|

**Advanced Disposal Services**
PO Box 743019
Atlanta, GA 30374-3019

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALiveSound**
1774 Indiana Avenue, NE
Atlanta, GA 30307

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,333.86 |
|---|---|---|---|

**AmeriPride Services, Inc.**
PO Box 308
Bemidji, MN 56619-0308

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Apex**
PO Box 888342
Atlanta, GA 30356

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.29 |
|---|---|---|---|

**ASCAP**
21678 Network Place
Chicago, IL 60673-1216

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Atlanta Beverage**
5000 Fulton Industrial Blvd.
Atlanta, GA 30336

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Restaurant 104 LLC** | Case number (if known) | **20-70720** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,630.87** |
|---|---|---|---|

**Beverage Control Inc.**
**5215 S. Royal Atlanta Drive**
**Tucker, GA 30084**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chef Duds**
**300 Shawnee North Drive**
**Suite 350**
**Suwanee, GA 30024**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,322.54** |
|---|---|---|---|

**City of Atlanta**
**Dept of Watershed Management**
**PO Box 105275**
**Atlanta, GA 30348-5275**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$510.63** |
|---|---|---|---|

**Comcast**
**PO Box 530098**
**Atlanta, GA 30353-0098**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,059.93** |
|---|---|---|---|

**Commercial Kitchen Installers**
**224 Brown Industrial Parkway**
**Unit 107**
**Canton, GA 30114**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$347.34** |
|---|---|---|---|

**Deborah A Deal dba Blade-Smith**
**3731 Northcrest Road, #1**
**Atlanta, GA 30340**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,175.94** |
|---|---|---|---|

**DirecTV**
**PO Box 105249**
**Atlanta, GA 30348-5249**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Restaurant 104 LLC** | Case number *(if known)* | **20-70720** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $525.82 |
|---|---|---|---|

**Easy Ice**
PO Box 879
Marquette, MI 49855

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $581.52 |
|---|---|---|---|

**Ecolab Pest Elimination Div.**
26252 Network Place
Chicago, IL 60673-1262

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,546.94 |
|---|---|---|---|

**Edward Don & Company**
84 Stemmers Lane
Attn: Tasha Young
Westampton, NJ 08060

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Empire Distributors, Inc.**
PO Box 43166
Atlanta, GA 30336

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fire Equipment Specialists Co**
PO Box 440242
Kennesaw, GA 30144

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fulton Co. Dept. of Water Res.**
Water Resources Operation Ctr.
11575 Maxwell Road
Alpharetta, GA 30009

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gather Technologies, Inc.**
300 Baker Avenue
Suite 205
Concord, MA 01742

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Restaurant 104 LLC | | Case number (if known) | 20-70720 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

General Wholesale
1595 Marietta Blvd., NW
Atlanta, GA 30318-3642

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Georgia Crown
PO Box 43066
Atlanta, GA 30378

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,980.44 |
|---|---|---|---|

Georgia Power
96 Annex
Atlanta, GA 30396

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Heck Inc.
PO Box 2716
Kennesaw, GA 30156

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.20 |
|---|---|---|---|

HVAC Allies LLC
2479 Yolanda Trail
Ellenwood, GA 30294

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Joe Hand Promotions
407 E. Pennsylvania Blvd.
Feasterville Trevose, PA 19053

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

National Distributors
PO Box 44127
Atlanta, GA 30336

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Restaurant 104 LLC** | Case number (if known) | **20-70720** |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NCR Local - Atlanta**
**375 Franklin Gateway**
**Suite 400**
**Marietta, GA 30067**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Office Depot**
**PO Box 633211**
**Cincinnati, OH 45263-3211**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $630.67 |
|---|---|---|---|

**Premier Grease**
**PO Box 3535**
**Alpharetta, GA 30023**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $515.92 |
|---|---|---|---|

**Protection One Alarm Monitor**
**74 Southwoods Parkway**
**Suite 700**
**Atlanta, GA 30354**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Restaurant Group Management**
**c/o Amy Landau**
**PO Box 20178**
**Atlanta, GA 30325**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Savannah Distributing Co.**
**2003 S. Bibb Drive**
**Tucker, GA 30084**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,035.47 |
|---|---|---|---|

**Scana Energy**
**PO Box 100157**
**Columbia, SC 29202-3157**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Restaurant 104 LLC | Case number (if known) | 20-70720 |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shoes for Crews**
PO Box 504634
Saint Louis, MO 63150-4634

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sidney Lee Welding Supply, Inc**
PO Box 429
Hampton, GA 30228

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158,214.00 |
|---|---|---|---|

**SRPF A/Marshalls Plaza LLC**
c/o Stream Realty Partners
1180 W. Peachtree St, Ste 500
Atlanta, GA 30309

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Lease__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**United Distributors**
5500 United Drive
Smyrna, GA 30082

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **SRPF A/Marshall's Plaza LLC**<br>c/o CT Corporation System<br>289 S. Culver Street<br>Lawrenceville, GA 30046-4805 | Line  **3.38**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 54,825.07 |
| **5b. Total claims from Part 2** | 5b. + | $ | 188,402.67 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 243,227.74 |

**Fill in this information to identify the case:**

Debtor name    **Restaurant 104 LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **20-70720**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Promisory note/intellectual properties** |
| State the term remaining | **December 31, 2021 plus two five-year options** |
| List the contract number of any government contract | |
| | **Bellew Brands LLC**<br>**PO Box 20178**<br>**Atlanta, GA 30325** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Ice machine lease** |
| State the term remaining | |
| List the contract number of any government contract | |
| | **Easy Ice, LLC**<br>**PO Box 879**<br>**Marquette, MI 49855** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Dish machine lease** |
| State the term remaining | |
| List the contract number of any government contract | |
| | **Gordon Food Service, Inc.**<br>**PO Box 88029**<br>**Chicago, IL 60680** |

| Fill in this information to identify the case: |
|---|

Debtor name    **Restaurant 104 LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **20-70720**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Amy Landau** | **183 12th Street, NE Atlanta, GA 30309** | **Dept of Treasury - IRS** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Jeffrey Landau** | **183 12th Street, NE Atlanta, GA 30309** | **Dept of Treasury - IRS** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Restaurant 104 LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **20-70720**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,138,023.00** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ☐ Operating a business<br>■ Other   **Other** | **$3,556.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$3,026,304.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other   **Other** | **$51,452.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$2,651,475.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other   **Other** | **$92,180.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Restaurant 104 LLC** | Case number *(if known)* | **20-70720** |
|---|---|---|---|

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attachment SFA-3** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See Attachment SFA-4** | | $0.00 | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Restaurant 104 LLC** | Case number *(if known)* **20-70720** |
|---|---|---|

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | **Chapter 11 retainer on a consolidated basis for both Debtors** | | |
| | **Scroggins & Williamson, PC<br>4401 Northside Parkway<br>Suite 450<br>Atlanta, GA 30327** | **$14,161.50 payment for pre-petition services rendered**<br><br>**$25,838.50 Chapter 11 retainer** | **October 9, 2020** | **$0.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Debtor    **Restaurant 104 LLC**                                                              Case number *(if known)* **20-70720**

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
     List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
     List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1119 Logan Circle, NW**<br>**Atlanta, GA 30318** | **2011 - May 1, 2020** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
     Is the debtor primarily engaged in offering services and facilities for:
     - diagnosing or treating injury, deformity, or disease, or
     - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ■ Yes. Fill in below.
      Name of plan                                                          Employer identification number of the plan
      **Restaurant Group Management 401(K) Plan**                           EIN:

      Has the plan been terminated?
      ■ No

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 4

| Debtor | **Restaurant 104 LLC** | Case number (*if known*) **20-70720** |
| --- | --- | --- |

☐ Yes

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 10:**</td><td colspan="3">**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**</td></tr>
</table>

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **Ameris Bank**<br>**1583 Howell Mill Road, NW**<br>**Atlanta, GA 30318** | **XXXX-1554** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **October 9, 2020** | **$12.97** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 11:**</td><td colspan="3">**Property the Debtor Holds or Controls That the Debtor Does Not Own**</td></tr>
</table>

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 12:**</td><td colspan="3">**Details About Environment Information**</td></tr>
</table>

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **Restaurant 104 LLC** | Case number *(if known)* | **20-70720** |

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    **Simon Eapen
1878 Autumn Sage Drive
Dacula, GA 30019** | **October, 2017 -
Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26b.1.    **Simon Eapen
1878 Autumn Sage Drive
Dacula, GA 30019** | **October, 2017 -
Present** |

| Name and address | Date of service
From-To |
|---|---|
| 26b.2.    **James Bellew
460 Shadowlawn Road
Marietta, GA 30067** | **2011 - Present** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Restaurant 104 LLC** | Case number *(if known)* | **20-70720** |
|---|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Restaurant Group Management, LLC**<br>**PO Box 20178**<br>**1984 Howell Mill Road, NW**<br>**Atlanta, GA 30325** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Ameris Bank**<br>**3490 Piedmont Road, NE**<br>**Suite 750**<br>**Atlanta, GA 30305** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Jeffrey Landau** | **December 31, 2019** | **$41,986** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Jeffrey Landau**<br>**183 12th Street, NE**<br>**Atlanta, GA 30309** |

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | **Jeffrey Landau** | **December 31, 2018** | **$41,986** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Jeffrey Landau**<br>**183 12th Street, NE**<br>**Atlanta, GA 30309** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Amy Landau** | **183 12th Street, NE**<br>**Atlanta, GA 30309** | **Member** | **99%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James Bellew** | **460 Shadowlawn Road**<br>**Marietta, GA 30067** | **Member** | **1%** |

Debtor    **Restaurant 104 LLC**                                                Case number *(if known)* **20-70720**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeffrey Landau | 183 12th Street, NE<br>Atlanta, GA 30309 | Manager | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See Attachment SFA-30 | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

| Debtor | **Restaurant 104 LLC** | Case number *(if known)* | **20-70720** |

---

<span style="background-color:black;color:white">**Part 14:**</span>  **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 6, 2020**

**/s/ Jeffrey R. Landau**                                          **Jeffrey R. Landau**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

---

Attachment SFA-3

NOTE: All transfers shown were made from accounts maintained by Restaurant Group Management LLC for the benefit of the Hudson Grille Sandy Springs restaurant. There has been no determination as to whether any particular transfer might be legally deemed to be made by or for the benefit of either or both Debtors.

| Voucher Number | Vendor ID | Document Type | Document Date | Document Number | Document Amount | Vendor Name |
|---|---|---|---|---|---|---|
| 200610968 | DIRHGS | Payment | 7/21/2020 | 051001 | 1,354.58 | DirecTV |
| 200611064 | DIRHGS | Payment | 8/31/2020 | 051003 | 719.20 | DirecTV |
| 200611106 | DIRHGS | Payment | 9/18/2020 | 200611106 | 1,681.25 | DirecTV |
| 200611143 | DIRHGS | Payment | 10/5/2020 | 513487 | 3,175.94 | DirecTV |
| 200611158 | DIRHGS | Payment | 10/12/2020 | 513490 | 381.25 | DirecTV |
| | | | | | **7,312.22** | |
| 200610961 | GEOPOWHGS | Payment | 7/15/2020 | 41796493 | 5,033.15 | Georgia Power |
| 200611018 | GEOPOWHGS | Payment | 8/7/2020 | 89628221 | 5,184.44 | Georgia Power |
| 200611072 | GEOPOWHGS | Payment | 9/1/2020 | 72975696 | 6,003.39 | Georgia Power |
| 200611139 | GEOPOWHGS | Payment | 9/29/2020 | 59048886 | 5,854.69 | Georgia Power |
| | | | | | **22,075.67** | |
| 200611009 | GORFOO | Payment | 7/14/2020 | 200611009 | 4,331.83 | Gordon Food Service Inc. |
| 200611010 | GORFOO | Payment | 7/16/2020 | 200611010 | 2,189.21 | Gordon Food Service Inc. |
| 200611011 | GORFOO | Payment | 7/21/2020 | 200611011 | 3,765.44 | Gordon Food Service Inc. |
| 200611012 | GORFOO | Payment | 7/23/2020 | 200611012 | 1,946.93 | Gordon Food Service Inc. |
| 200611013 | GORFOO | Payment | 7/28/2020 | 200611013 | 3,210.23 | Gordon Food Service Inc. |
| 200611014 | GORFOO | Payment | 7/30/2020 | 200611014 | 2,340.48 | Gordon Food Service Inc. |
| 200611015 | GORFOO | Payment | 7/31/2020 | 200611015 | 914.07 | Gordon Food Service Inc. |
| 200611050 | GORFOO | Payment | 8/4/2020 | 200611050 | 2,407.55 | Gordon Food Service Inc. |
| 200611051 | GORFOO | Payment | 8/6/2020 | 200611051 | 3,070.56 | Gordon Food Service Inc. |

| 200611052 | GORFOO | Payment | 8/11/2020 200611052 | 5,003.75 | Gordon Food Service Inc. |
| 200611053 | GORFOO | Payment | 8/13/2020 200611053 | 1,208.23 | Gordon Food Service Inc. |
| 200611054 | GORFOO | Payment | 8/18/2020 200611054 | 6,466.85 | Gordon Food Service Inc. |
| 200611055 | GORFOO | Payment | 8/20/2020 200611055 | 1,154.28 | Gordon Food Service Inc. |
| 200611056 | GORFOO | Payment | 8/21/2020 200611056 | 110.74 | Gordon Food Service Inc. |
| 200611057 | GORFOO | Payment | 8/25/2020 200611057 | 3,851.59 | Gordon Food Service Inc. |
| 200611070 | GORFOO | Payment | 8/27/2020 200611070 | 1,648.85 | Gordon Food Service Inc. |
| 200611071 | GORFOO | Payment | 9/1/2020 200611071 | 4,090.12 | Gordon Food Service Inc. |
| 200611082 | GORFOO | Payment | 9/3/2020 200611082 | 2,302.62 | Gordon Food Service Inc. |
| 200611109 | GORFOO | Payment | 9/9/2020 200611109 | 5,459.85 | Gordon Food Service Inc. |
| 200611110 | GORFOO | Payment | 9/10/2020 200611110 | 1,968.84 | Gordon Food Service Inc. |
| 200611111 | GORFOO | Payment | 9/11/2020 200611111 | 446.49 | Gordon Food Service Inc. |
| 200611112 | GORFOO | Payment | 9/15/2020 200611112 | 9,330.21 | Gordon Food Service Inc. |
| 200611113 | GORFOO | Payment | 9/17/2020 200611113 | 2,286.31 | Gordon Food Service Inc. |
| 200611120 | GORFOO | Payment | 9/22/2020 200611120 | 7,251.75 | Gordon Food Service Inc. |
| 200611121 | GORFOO | Payment | 9/24/2020 200611121 | 989.42 | Gordon Food Service Inc. |
| 200611153 | GORFOO | Payment | 9/29/2020 200611153 | 5,089.44 | Gordon Food Service Inc. |
| 200611154 | GORFOO | Payment | 10/1/2020 200611154 | 3,090.36 | Gordon Food Service Inc. |
| 200611168 | GORFOO | Payment | 10/6/2020 200611168 | 6,974.01 | Gordon Food Service Inc. |
| 200611169 | GORFOO | Payment | 10/8/2020 200611169 | 1,164.90 | Gordon Food Service Inc. |
| 200611203 | GORFOO | Payment | 10/13/2020 200611203 | 7,033.43 | Gordon Food Service Inc. |
| | | | | **101,098.34** | |
| 200610966 | UNIDIS | Payment | 7/13/2020 43000091249987 | 549.09 | United Distributors |
| 200610980 | UNIDIS | Payment | 7/17/2020 43000091411424 | 265.00 | United Distributors |
| 200610976 | UNIDIS | Payment | 7/17/2020 43000091411383 | 126.35 | United Distributors |

| 200610981 | UNIDIS | Payment | 7/20/2020 | 43000091459607 | 266.99 | United Distributors |
|---|---|---|---|---|---|---|
| 200611030 | UNIDIS | Payment | 8/7/2020 | 91408592056270 | 176.37 | United Distributors |
| 200611032 | UNIDIS | Payment | 8/10/2020 | 43000092116087 | 72.00 | United Distributors |
| 200611041 | UNIDIS | Payment | 8/14/2020 | 91408592306002 | 244.19 | United Distributors |
| 200611061 | UNIDIS | Payment | 8/21/2020 | 43000092547245 | 203.30 | United Distributors |
| 200611093 | UNIDIS | Payment | 9/4/2020 | 91408593004918 | 629.84 | United Distributors |
| 200611100 | UNIDIS | Payment | 9/11/2020 | 91408593254248 | 486.49 | United Distributors |
| 200611117 | UNIDIS | Payment | 9/18/2020 | 43000093532668 | 1,636.28 | United Distributors |
| 200611136 | UNIDIS | Payment | 9/25/2020 | 91408593738571 | 580.69 | United Distributors |
| 200611151 | UNIDIS | Payment | 10/2/2020 | 43000093997059 | 1,003.24 | United Distributors |
| 200611162 | UNIDIS | Payment | 10/7/2020 | 43000094128894 | 851.00 | United Distributors |
| 200611167 | UNIDIS | Payment | 10/9/2020 | 43000094274226 | 121.20 | United Distributors |
| | | | | | **7,212.03** | |

**Attachment SFA-4**

NOTE: All transfers shown were made from accounts maintained by Restaurant Group Management LLC for the benefit of the Hudson Grille Sandy Springs restaurant. There has been no determination as to whether any particular transfer might be legally deemed to be made by or for the benefit of either or both Debtors.

**Payments to or for the benefit of SRPF A/Marshalls Plaza LLC**

Rent Paid Directly to Landlord

| | | |
|---|---|---|
| Oct 2019 Rent | Check# 513093 | $22,868.60 |
| Nov 2019 Rent | Check#513140 | $22,868.60 |
| Dec 2019 Rent | Check#513168 | $22,868.60 |
| Jan 2020 Rent | Check#513260 | $22,868.60 |
| Feb 2020 Rent | Check#513257 | $22,868.60 |

Rent Paid into Registry of Court in Dispossessory Action

| | |
|---|---|
| 08/11/2020 | $135,284.63 |
| 09/08/2020 | $22,929.41 |
| 10/01/2020 | $22,929.41 |

**Attachment SFA-30**

NOTE: All transfers shown were made from accounts maintained by Restaurant Group Management LLC for the benefit of the Hudson Grille Sandy Springs restaurant. There has been no determination as to whether any particular transfer might be legally deemed to be made by or for the benefit of either or both Debtors.

**Payments to Related Parties**

| Date | Amount | Payee |
|------|--------|-------|
| 01/02/20 | $6,000.00 | Restaurant Group Management LLC |
| 01/07/20 | $200.00 | Restaurant Group Management LLC |
| 01/07/20 | $4,000.00 | 1069 Juniper LLC |
| 01/09/20 | $2,300.00 | Restaurant Group Management LLC |
| 01/10/20 | $3,100.00 | 1069 Juniper LLC |
| 01/13/20 | $1,500.00 | Restaurant Group Management LLC |
| 01/13/20 | $2,000.00 | Restaurant Group Management LLC |
| 01/13/20 | $3,000.00 | 1069 Juniper LLC |
| 01/14/20 | $8,000.00 | 1043 Juniper Street LLC |
| 01/14/20 | $2,000.00 | Restaurant Group Management LLC |
| 01/15/20 | $1,000.00 | Restaurant Group Management LLC |
| 01/15/20 | $4,000.00 | 1069 Juniper LLC |
| 01/16/20 | $1,000.00 | Restaurant Group Management LLC |
| 01/17/20 | $800.00 | Restaurant Group Management LLC |
| 01/21/20 | $4,000.00 | Restaurant Group Management LLC |
| 01/21/20 | $5,000.00 | Restaurant Group Management LLC |
| 01/21/20 | $1,200.00 | Restaurant Group Management LLC |
| 01/21/20 | $9,000.00 | 1069 Juniper LLC |
| 01/23/20 | $1,000.00 | Restaurant Group Management LLC |
| 01/27/20 | $5,300.00 | Restaurant Group Management LLC |
| 01/27/20 | $450.00 | Restaurant Group Management LLC |
| 01/27/20 | $7,000.00 | Restaurant Group Management LLC |
| 01/31/20 | $3,000.00 | Restaurant Group Management LLC |
| 01/31/20 | $800.00 | Park Village Atlanta LLC |
| 02/03/20 | $300.00 | Restaurant Group Management LLC |
| 02/03/20 | $300.00 | Restaurant Group Management LLC |
| 02/04/20 | $8,000.00 | Restaurant Group Management LLC |
| 02/06/20 | $5,000.00 | Restaurant Group Management LLC |
| 02/06/20 | $1,400.00 | Restaurant Group Management LLC |
| 02/06/20 | $1,000.00 | Restaurant Group Management LLC |
| 02/06/20 | $3,000.00 | Restaurant Group Management LLC |
| 02/06/20 | $3,600.00 | Restaurant Group Management LLC |
| 02/06/20 | $4,000.00 | Restaurant Group Management LLC |
| 02/06/20 | $1,300.00 | Restaurant Group Management LLC |

| 02/07/20 | $2,000.00 | 1069 Juniper LLC |
| 02/10/20 | $4,000.00 | Restaurant Group Management LLC |
| 02/11/20 | $3,500.00 | Restaurant Group Management LLC |
| 02/12/20 | $800.00 | Restaurant Group Management LLC |
| 02/13/20 | $2,000.00 | Restaurant Group Management LLC |
| 02/18/20 | $2,000.00 | Restaurant Group Management LLC |
| 02/21/20 | $4,000.00 | Restaurant Group Management LLC |
| 02/25/20 | $800.00 | Restaurant Group Management LLC |
| 02/27/20 | $3,100.00 | Restaurant Group Management LLC |
| 02/28/20 | $1,500.00 | Restaurant Group Management LLC |
| 03/02/20 | $8,800.00 | Restaurant Group Management LLC |
| 03/04/20 | $2,000.00 | Restaurant Group Management LLC |
| 03/09/20 | $5,000.00 | Restaurant Group Management LLC |
| 03/09/20 | $2,000.00 | 1069 Juniper LLC |
| 03/11/20 | $1,700.00 | Restaurant Group Management LLC |
| 03/12/20 | $1,500.00 | Restaurant Group Management LLC |
| 03/12/20 | $1,000.00 | Restaurant Group Management LLC |
| 03/24/20 | $3,000.00 | Restaurant Group Management LLC |
| 03/30/20 | $2,000.00 | Park Village Atlanta LLC |
| 03/31/20 | $800.00 | Restaurant Group Management LLC |
| 04/07/20 | $100.00 | Restaurant Group Management LLC |
| 04/07/20 | $1,000.00 | Restaurant Group Management LLC |
| 04/07/20 | $4,000.00 | Park Village Atlanta LLC |
| 04/07/20 | $200.00 | Restaurant Group Management LLC |
| 05/12/20 | $200.00 | Restaurant Group Management LLC |
| 05/12/20 | $300.00 | Restaurant Group Management LLC |
| 05/12/20 | $300.00 | Restaurant Group Management LLC |
| 05/13/20 | $500.00 | Restaurant Group Management LLC |
| 05/13/20 | $500.00 | Restaurant Group Management LLC |
| 05/26/20 | $500.00 | 1069 Juniper LLC |
| 06/08/20 | $300.00 | Restaurant Group Management LLC |
| 06/09/20 | $500.00 | Restaurant Group Management LLC |
| 07/24/20 | $5,000.00 | Restaurant Group Management LLC |
| 09/25/20 | $1,000.00 | Restaurant Group Management LLC |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Georgia

In re   **Restaurant 104 LLC** _____   Case No.   **20-70720** _____

_____ Debtor(s)   Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept as a retainer | $ | **25,838.50** |
| Prior to the filing of this statement I have received as a retainer | $ | **25,838.50** |
| Balance Due | $ | **0.00** |

2.  $ __**1,717.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☑ Debtor     ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**The retainer of $25,838.50 has been provided on a consolidated basis for the following jointly administered Debtors:**

**Restaurant 104 LLC and Virginia-Highland Restaurant, LLC**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__**11/06/2020**_____     **/s/ J. Robert Williamson**
*Date*                                               **J. Robert Williamson 765214**
                                                    *Signature of Attorney*
                                                    **Scroggins & Williamson, P.C.**
                                                    **4401 Northside Parkway**
                                                    **Suite 450**
                                                    **Atlanta, GA 30327**
                                                    **404-893-3880  Fax: 404-893-3886**
                                                    **centralstation@swlawfirm.com**
                                                    *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Restaurant 104 LLC**                                    Case No.    **20-70720**

                                          Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Amy Landau**<br>**183 12th Street, NE**<br>**Atlanta, GA 30309** | | **99%** | **Member** |
| **James Bellew**<br>**460 Shadowlawn Road**<br>**Marietta, GA 30067** | | **1%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **November  6, 2020**                    Signature    **/s/ Jeffrey R. Landau**

                                                **Jeffrey R. Landau**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Georgia

In re   __Restaurant 104 LLC__                     Case No.   __20-70720__

                                              Debtor(s)              Chapter   __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Restaurant 104 LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__November  6, 2020__

Date

**/s/ J. Robert Williamson**

**J. Robert Williamson 765214**

Signature of Attorney or Litigant

Counsel for   __Restaurant 104 LLC__

**Scroggins & Williamson, P.C.**

**4401 Northside Parkway**
**Suite 450**
**Atlanta, GA 30327**
**404-893-3880 Fax:404-893-3886**
**centralstation@swlawfirm.com**